FILED

08/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0231

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0231

_____

YELLOWSTONE DISPOSAL, LLC,

*Petitioner and Appellant*,

v.

STATE OF MONTANA, DEPARTMENT OF ENVIRONMENTAL QUALITY,

*Respondent and Appellee.*

_____

ORDER GRANTING EXTENSION OF TIME

_____

On Appeal from the Montana First Judicial District Court, Lewis & Clark County,
Cause No. CDV 2020-1080, the Honorable Kathy Seeley Presiding

_____

IT IS HEREBY ORDERED that the Appellant Yellowstone Disposal, LLC's

Unopposed Motion for Extension of Time is GRANTED and Appellant Yellowstone

Disposal, LLC shall have up to and including the 1st day of October, 2021, to file its

opening brief.

DATED this _____ day of August, 2021.

By: _____
Honorable Justice

cc: Matt J. Kelly
     E. Lars Phillips
     Nicholas VandenBos
     Nicholas A. Whitaker

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 27 2021